**BRANDON RETTIG**                                                          **PLAINTIFF**

**v.**

**CITY OF NEWPORT,** *et al.*                                              **DEFENDANTS**

---

**RULE 26(f) REPORT OF PLANNING MEETING**

---

The parties, by and through counsel, for their Report of Civil Rule 26(f) Planning Meeting, state as follows:

1.      The parties conducted a Civil Rule 26(f) Planning Meeting on March 19, 2025. Robert Thompson participated on behalf of Plaintiff and Jeffrey C. Mando participated on behalf of Defendants.

2.      **INITIAL DISCLOSURES**. The parties will exchange the information required by Civil Rule 26(a)(1) by April 15, 2025;

3.      Plaintiff shall file all motions to amend the pleadings or join additional parties by May 15, 2025;

4.      Defendants shall file all motions to amend the pleadings or join additional parties by June 1, 2025;

5.      **DISCOVERY PLAN**. The parties propose the following discovery plan:

   A.      Discovery will be needed on all claims alleged in the Complaint and all defenses asserted in the Answer.

   B.      All discovery will be completed by December 31, 2025.

C.    **EXPERTS.**

- Plaintiff's CR 26(a)(2) experts' disclosure deadline: October 31, 2025;

- Defendant's CR 26(a)(2) experts' disclosure deadline: November 30, 2025;

6.    **OTHER SCHEDULING ITEMS**.

A.    The parties do not request a conference with the Court before entry of the Scheduling Order.

B.    The parties request a Pretrial Conference following the Court's ruling on dispositive motions or if none filed, then following the expiration of the deadline for the filing of dispositive motions.

C.    All dispositive motions should be filed by January 31, 2026.

D.    The parties do not consent to the jurisdiction of the Magistrate Judge for all proceedings, including trial, pursuant to 28 U.S.C. § 636(c).

E.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due: 30 days before trial.

F.    The case should be ready for trial by May, 2026 and is expected to take three days.

7.    **ADR/SETTLEMENT**. The parties believe settlement, and the viability of alternative dispute resolution measures, cannot be reasonably evaluated until preliminary discovery is completed.

Respectfully submitted,

| | |
|---|---|
| **/s/ Jeffrey C. Mando** | **/s/ Robert Thompson (per authorization)** |
| Jeffrey C. Mando, Esq. (#43548) | Robert L. Thompson, Esq. |
| Casmir M. Thornberry, Esq. (#100623) | THOMPSON LEGAL LLC |
| ADAMS LAW, PLLC | 10529 Timberwood Circle, Unit B |
| 40 West Pike Street | Louisville, Kentucky 40223 |
| Covington, KY 41011 | P: 502-366-2121 |
| 859.394.6200 | 859.392.7200 – Fax | F: 502-438-9999 |
| jmando@adamsattorneys.com | Robert@RthompsonLegal.com |
| cthornberry@adamsattorneys.com | |

Kate A. Bennett, Esq.
Mattmiller Crosbie
Chase Bank Building
201 East Main Street, Suite 800
Lexington, KY 40507
(859) 287-2400 (Office)
(859) 287-2401 (Fax)
kbennett@mattmillercrosbie.com

Matthew Miller-Novak, Esq.
Barron, Peck, Bennie & Schlemmer
3074 Madison Road
Cincinnati, Ohio 45209
(513) 721-1350
MMN@BPBSLaw.com

*Attorney for Plaintiff, Brandon Rettig*

*Attorneys for Defendants, City of Newport and Ronald Lalumandier, individually and in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on this **19th** day of March, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to: Robert L. Thompson, Esq.

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.