**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**
**CASE NO. 2:24-CV-00215-DLB-CJS**

**BRANDON RETTIG**                                                                  **PLAINTIFF**

**v.**

**CITY OF NEWPORT,** *et al.*                                            **DEFENDANTS**

---

**NOTICE OF SERVICE**

---

Please take notice the Defendants, City of Newport and Ronald Lalumandier, individually and in his official capacity with the City of Newport, by and through counsel, have today served Defendants' First Set of Interrogatories, Requests for Production of Documents and Requests for Admissions to Plaintiff, upon Plaintiff's counsel via electronic mail.

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
Casmir M. Thornberry, Esq. (#100623)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
859.394.6200 | 859.392.7200 – Fax
jmando@adamsattorneys.com
cthornberry@adamsattorneys.com

Kate A. Bennett, Esq.
Mattmiller Crosbie
Chase Bank Building
201 East Main Street, Suite 800
Lexington, KY 40507
(859) 287-2400 (Office)
(859) 287-2401 (Fax)
kbennett@mattmillercrosbie.com

*Attorneys for Defendants, City of Newport and Ronald Lalumandier, individually and in his official capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on the **8th** day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice of electronic filing to: Robert L. Thompson, Esq.

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.