## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | | |
|---|---|---|
| **BRANDON RETTIG** | : | **Case No:** 2:24-cv-00215-DLB-CJS |
| | : | |
| PLAINTIFF, | : | **Judge:** David L. Bunning |
| | : | |
| -VS- | : | |
| | : | |
| **CITY OF NEWPORT ET AL.** | : | |
| | : | |
| DEFENDANTS. | : | |
| | : | |

_____

## NOTICE OF APPEAL
_____

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Memorandum and Order granting Defendants' Motion for Summary Judgment entered on June 9, 2026 (Doc. 36), and the Judgment entered on June 9, 2026 (Doc. 37), which disposed of all claims and rendered the action final and appealable.

Respectfully Submitted,

/s/ Robert L. Thompson
**Robert L. Thompson (KY: 98126)**
THOMPSON LEGAL LLC
1230 S. Hurstbourne Pkwy, Suite 210
Louisville, Kentucky 40222
P: 502-366-2121 | F: 502-438-9999
Robert@RThompsonLegal.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.

/s/ Robert L. Thompson
**Robert L. Thompson (98126)**